UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Maritza Acosta-Rosario, | **NOTICE OF APPEARANCE** |
| Debtor. | Case No.: 19-13103-cgm |

-----------------------------------------------------------X

**PLEASE TAKE NOTICE,** that Cenlar FSB as servicer for CitiMortgage, Inc., hereby appears in this action and the undersigned has been retained as attorneys and demands that you serve all papers in this action upon the undersigned at the address stated below.

Dated: Bay Shore, New York
      December 5, 2019

    Frenkel, Lambert, Weiss, Weisman & Gordon, LLP

    By: /s/Elizabeth Doyaga
    Elizabeth L. Doyaga, Esq.
    53 Gibson Street
    Bay Shore, New York 11706
    (631) 969-3100
    Our File No.:01-082489-B00

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | |
|---|---|
| IN RE: | CASE NO.: 19-13103 CGM |
| Maritza Acosta-Rosario, | CHAPTER 13 |
| Debtor. | Judge: Cecelia G. Morris |

----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I, Paul Styslowsky, do certify that on December 5, 2019, I electronically filed the within Notice of Appearance in the above titled case with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following:

    Norma E. Ortiz, Esq.
    Attorney for the debtor
    email@ortizandortiz.com

    Krista M. Preuss, Esq.
    Trustee
    info@ch13kp.com

    S/ Paul Styslowsky
    Paul Styslowsky