# Ortiz & Ortiz, L.L.P.
Attorneys at Law
32-72 Steinway Street, Suite 402
Astoria, New York 11103

Frank A. Ortiz *(1931-2016)*
Norma E. Ortiz*
  *******
Maria Perez, Of Counsel
 * (Admitted in New York and New Jersey)

Tel. (718) 522-1117
Fax (718) 596-1302
email@ortizandortiz.com

March 16, 2020

Chief Judge Cecilia G. Morris
U.S. Bankruptcy Court
One Bowling Green
New York, New York 10004

        Re: **Maritza Acosta Rosario, Chapter 13**
           **Case No. 19-13103-CGM**

Dear Judge Morris:

  Please accept this letter as a status report and a response to the motion filed by the Court to dismiss the Debtor's case because our failure to submit an order for loss mitigation.

  I apologize to the Court for not following the correct procedure: my oversight was inadvertent. Soon after we filed the case and sought loss mitigation, the Debtor received a trial loan modification before we began the process or submitted an application to the loan servicer. The Debtor made her third trial payment in February. I have emailed counsel to the servicer to ascertain when we might expect a permanent offer.

  I request that the Court withdraw its motion to dismiss. I intend to file an amended plan that incorporates the loan modification, once we receive the permanent offer, and that will withdraw the request for loss mitigation.

  Thank you for your time and consideration.

                   Very truly yours,

                   *Norma E. Ortiz*

                   Norma E. Ortiz