UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re

CASE NO. 19-13103

Maritza Acosta Rosario

CHAPTER 13

          Debtor.

---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

    I, Cynthia Narea, being duly sworn state as follows:

1. I am over 18 years of age and not a party to this case.

2. On June 23, 2020, I served by regular mail a copy of the Debtor's Chapter 13 Plan and Loss Mitigation Order to the parties in the annexed document.

    I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief. I am fully aware that if any of the foregoing statements are willfully false, I am subject to punishment.


Dated: June 23, 2020
       Queens, New York

                                                         */s/Cynthia Narea*
                                                         Cynthia Narea
                                                         Paralegal

## MAILING MATRIX

Cenlar
P.O. Box 77404
Trenton, NJ 08628

Citimortgage, Inc.
c/o Nicole P. Femminella, Esq.
Frenkel Lambert
53 Gibson Street
Bay Shore, NY 11706


Citimortgage, Inc.
Attn: David Smith, President
90 Park Avenue
New York, NY  10016

19-13103-cgm    Doc 37    Filed 06/23/20    Entered 06/23/20 19:17:33    Main Document
Pg 3 of 3