

BANKRUPTCY DEPT.
53 GIBSON STREET
BAY SHORE, NY 11706
TEL: (631) 969-3100
FAX: (631) 982-1459

October 9, 2020

Honorable Chief Judge Cecelia G. Morris
U.S. Bankruptcy Court, SDNY
One Bowling Green
New York, NY 10004-1408

Re:      Maritza Acosta Rosario
        Chapter 13 Case No.: 19-13103 cgm
        Our File No.: 01-082489-B00

Dear Chief Judge Morris:

This firm represents Cenlar FSB as servicer for CitiMortgage, Inc. (hereinafter "Cenlar"), a secured creditor regarding the above-referenced loss mitigation matter. Please allow this letter to serve as a status update ahead of the August 20, 2020 status conference.

On July 7, 2002 a Loss Mitigation order was entered in this case and thereafter on July 16, 2020, Cenlar filed its Creditor Affidavit and request for documents. On August 7, 2020, Debtor's counsel provided Debtor's initial financial submissions. On August 10, 2020, I relayed to Debtor's counsel some deficiencies on same that the single point of contact at Cenlar advised of. Debtor provided updated documents on August 13, 2020, which were immediately forwarded to Cenlar and reviewed. Debtor provided additional documents as requested by Cenlar on September 25, 2020 which were also forwarded to Cenlar the same date.

I am advised the package has now been deemed facially complete and sent to underwriting for review. It is possible however an underwriter will request additional information and if so, I will request same from Debtor's counsel.

As required by this Court, I am advising the single point of contact on this file as disclosed in the Creditor Affidavit is Clifford Priest who can be reached at 609-883-3900.

In light of the above, I have no opposition to adjourning this matter approximately 30-days if Debtor's counsel and the Court are agreeable to same. Please do not hesitate to contact me with any question or concerns.

Sincerely

Frenkel Lambert Weiss Weisman & Gordon, LLP

By:   /s/ Michelle C. Marans
       Michelle C. Marans, Esq.

cc:   Norma E. Ortiz, Esq. (via ecf)
       Krista M. Preuss, Esq. (via ecf)